**Opinion issued May 29, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-24-00981-CV

————————————

**JOYCE HUDSON, Appellant**

**V.**

**STANDARD CASUALTY COMPANY AND SPEEDY INSURANCE, Appellees**

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Case No. 1199669**

---

## MEMORANDUM OPINION

Appellant, Joyce Hudson, has filed a notice of appeal from the trial court's orders. The clerk's record was due on January 31, 2025.

On February 3, 2025, the trial court clerk filed an Information Sheet stating Appellant had been notified that the clerk's record was ready but had made no payment arrangements. We notified appellant that her appeal could be dismissed for want of prosecution if the clerk's record was not filed. *See* TEX. R. APP. P. 37.3 (b). We directed appellant to submit written evidence from the trial court clerk by March 5, 2025, reflecting she paid, or made arrangements to pay, the fee for preparing the clerk's record, or is indigent. *See id*. To date, appellant has not responded to this Court's notice and the clerk's record has not been filed.

We dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b)–(c). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Morgan.